**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Jackie Anderson, Patrick Cockerham, Diann Banks, Herbert Lenton, and Mable Caleb v. Terry Grier, Superintendent of the Houston Independent School District

Appellate case number:   01-15-00285-CV

Trial court case number:  2010-21712

Trial court:              164th District Court of Harris County

        The "Parties' Report Regarding Settlement Discussions" filed on June 1, 2016 informed the Court that (1) the parties did not settle the underlying dispute during mediation, but have continued settlement discussions and (2) the Board of Trustees for the Houston Independent School District Board will be considering a settlement offer at its next meeting scheduled for June 9, 2016. The Court requests that the parties file an updated status report regarding this case by **July 15, 2016**.

        It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually     ☐ Acting for the Court


Date: July 1, 2016